FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 28 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01298-BNB

AMBER MONTGOMERY,

    Plaintiff,

v.

TOM CLEMENTS,
KELLY WASKO, and
MIKE MCCONELL,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Amber Montgomery, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the La Vista Correctional Facility in Pueblo, Colorado. Ms. Montgomery initiated this action by submitting *pro se* a Prisoner Complaint. On June 2, 2011, Ms. Montgomery cured the deficiencies in this action by filing an Amended Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, together with a certified copy of her trust fund account statement for the six-month period immediately preceding this filing.

On June 15, 2011, Ms. Montgomery was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and ordered to pay an initial partial filing fee of $28.00 within thirty days or show cause why she was unable to do so. Ms. Montgomery has failed, within the time allowed, to pay the initial partial filing fee, show cause why she is unable to do so, or otherwise communicate with the Court in any way.

Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Amber Montgomery, within the time allowed, to pay the initial partial filing fee or show cause why she is unable to do so, and for her failure to prosecute. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this __28th__ day of ___July___, 2011.

BY THE COURT:


___s/Lewis T. Babcock___
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01298-BNB

Amber Montgomery
Prisoner No. 87719
La Vista Correctional Facility
PO Box 3
Pueblo, CO 81002

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on July 28, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk